IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Cr. No. |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| | : | 18 U.S.C. §§ 1035 |
| **ELIZABETH SWINFORD,** | : | (False statements regarding health care) |
| | : | 22 D.C. Code, §§ 3821(a), 3822(a)(1) |
| **Defendant.** | : | (2001 ed.)) |
| | : | (First degree fraud) |

INFORMATION

The United States Attorney charges that:

Count One

From on or about February 2001, and continuing until on or about June 2001, within the District of Columbia, in a matter relating to a health care benefit program, the defendant, ELIZABETH SWINFORD, did knowingly and willfully make, and cause to be made, materially false, fictitious and fraudulent statements and representations, that is, reimbursement claims for services allegedly rendered by the dental office of Phillips, Cooper and Associates when in truth and in fact, as the defendant, ELIZABETH SWINFORD, well knew, such claims were false, fictitious and fraudulent, in that the claimed services had in fact not been performed.

**(False statements relating to health care matters, in violation of Title 18, United States Code, Section 1035.)**

Count Two

From on or about February 2001, and continuing until on or about June 2001, within the District of Columbia, the defendant, ELIZABETH SWINFORD, engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property of insurance companies

by means of a false or fraudulent pretense, representation, and promise and thereby obtained

property valued at more than $250, consisting of money, belonging to the insurance companies.

**(First Degree Fraud, in violation of 22 D.C. Code, Sections 3821(a), 3822(a)(1) (2001 ed.) which currently are Sections 3221(a), 3222(a)(1) (2005 ed.))**

 

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar # 451058

By: _____
Thomas E. Zeno
Assistant United States Attorney
D.C. Bar # 348623
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-6957