

U.S. Department of Justice

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

November 30, 2005

CRM No: 06-11

**FILED**
FEB 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dani Jahn, Esq.
Assistant Federal Public Defender
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C. 20004

        Re:    Elizabeth Swinford

Dear Ms. Jahn:

    This letter sets forth the full and complete plea offer to your client, Ms. Swinford. This offer is binding only upon the Criminal Division of the United States Attorney's Office for the District of Columbia ("the Government"). This plea offer will expire on December 16, 2005. Upon receipt, the executed letter will itself become the plea agreement. The terms of the offer are as follows:

    1. **Charges:** Ms. Swinford agrees to plead guilty to one count of an Information charging a violation of Title 22, District of Columbia Code, Sections 3821 and 3822 (currently Sections 3221 and 3222) (fraud in the first degree). It is understood that the guilty plea will be based on a factual admission of guilt to the offense charged to be made before the Court by Ms. Swinford and will be entered in accordance with Rule 11 of the Federal Rules of Criminal Procedure. Ms. Swinford agrees that the enclosed "Statement of Offense" fairly and accurately describes the relevant facts. It is anticipated that, prior to the Rule 11 plea hearing, Ms. Swinford will adopt and sign the Statement of the Offense as a written proffer of evidence.

    The second count of the Information will charge a violation of Title 18, United States Code, Section 1035 (false statements regarding health care). The government will move to dismiss this count of the Information at sentencing. Ms. Swinford agrees that the count to be dismissed at the time of sentencing was based in fact and would not provide a basis for any future claims under the "Hyde Amendment," 28 U.S.C. § 2412, and thus, specifically agrees not to file any claim under that law.

    2. **Potential penalties, assessments, and restitution**: Ms. Swinford understands that the maximum sentence that can be imposed for a violation of Title 22, D.C. Code, Sections 3821 and 3822 is ten (10) years of imprisonment, a fine of $5,000 or three (3) times the value of the property obtained, a special assessment of between $50 and $250, a term of supervised release, an order of

restitution, and an obligation to pay any applicable interest or penalties on fines or restitution not timely made. Ms. Swinford understands that her sentence will be determined solely by the Court, and the government cannot and does not make any promises, representations, or predictions regarding what sentence the Court will impose. Ms. Swinford understands that the Court may utilize the District of Columbia Sentencing Commission's Voluntary Sentencing Guidelines in imposing the sentence in this case.

   3. **Financial Arrangements:** Ms. Swinford agrees that, on the date of her sentencing, or as soon as possible, she will deliver to the Clerk's Office, United States District Court for the District of Columbia, a certified check to cover the special assessment required in Title 4, District of Columbia Code, Section 516.

   4. **Reservation of Allocution:** The Government reserves its full right of allocution for purposes of sentencing and post-sentencing in this matter, including the right to set forth at sentencing and any proceeding(s) before the Bureau of Prisons all of its evidence with respect to the Ms. Swinford's criminal activities.

   5. **Disclosures for Presentence Investigation:** The Government reserves the right to inform the presentence report writer and the Court of any relevant facts, to dispute any factual inaccuracies in the presentence report, and to contest any matters not provided for in this plea agreement.

   6. **Defense of Court's Sentencing Decisions:** If in this plea agreement the Government has agreed to recommend or refrain from recommending to the sentencing judge a particular resolution of any sentencing issue, the Government reserves the right to full allocution in any post-sentence litigation in order to defend the sentencing judge's ultimate decision on such issues.

   7. **Government Concessions:** In exchange for her guilty plea, the Government agrees not to oppose Ms. Swinford's release pending sentencing provided that Ms. Swinford continues to show her acceptance of responsibility by: (a) cooperating with the presentence report writer (including answering all material questions truthfully and providing all financial information requested); (b) cooperating fully and truthfully with the Court in any proceeding arising from this matter; (c) complying with the other provisions of this agreement; and (d) abiding by the conditions set for her release by the Court.

   8. **Breach of Agreement:** Ms. Swinford agrees that if she fails to comply with any of the provisions of this plea agreement, makes false or misleading statements before the Court, commits any further crimes, or attempts to withdraw the plea, the Government will have the right to characterize such conduct as a breach of this plea agreement. In the event of such a breach, (a) the Government will be free from its obligations under the agreement and may take whatever position it believes appropriate as to the sentence and the conditions of Ms. Swinford's release (for example, should your client commit any conduct after the date of this agreement that would form the basis for an increased sentence -- examples of which include, but are not limited to, obstruction of justice, failure to appear for a court proceeding, criminal conduct while pending sentencing, and false

statements to law enforcement agents, the probation officer or Court -- the Government is free under this agreement to seek an increase based on that post-agreement conduct); (b) Ms. Swinford will not have the right to withdraw the guilty plea; (c) Ms. Swinford shall be fully subject to criminal prosecution for any other crimes she has committed or might commit, if any, including perjury and obstruction of justice; and (d) the Government will be free to use against Ms. Swinford, directly and indirectly, in any criminal or civil proceeding any of the information or materials provided by her pursuant to this agreement.

9. **USAO's Criminal Division, DC Office of Attorney General, and DOJ Tax Division Bound:** Ms. Swinford understands that this agreement is binding only upon the Criminal Division of the United States Attorney's Office for the District of Columbia,. This agreement does not bind the Civil Division of this Office or any other United States Attorney's Office; nor does it bind any other state, local, or federal prosecutor. It also does not bar or compromise any civil, civil tax, administrative, or other non-criminal claim pending or that may be brought in the future against Ms. Swinford.

10. **Complete Agreement:** No other agreements, promises, understandings, or representations have been made by the parties or their counsel than those contained in writing herein. Nor will any such agreements, promises, understandings, or representations be made unless committed to writing and signed by Ms. Swinford, Ms. Swinford's counsel and an Assistant United States Attorney for the District of Columbia.

If the foregoing terms and conditions are satisfactory, Ms. Swinford may indicate her assent by signing the agreement in the space indicated below and returning the original to us once it has been signed by Ms. Swinford and her counsel.

Sincerely yours,

*Kenneth L. Wainstein JR*
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

*Thomas E. Zeno*
THOMAS E. ZENO
Assistant United States Attorney

I have read this plea agreement and have discussed it with my attorney, Dani Jahn. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me; nor am I under the

influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offenses identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 12/22/05

*Elizabeth Swinford*
Elizabeth Swinford
Defendant


I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely sets forth the entire plea agreement. I concur in my client's desire to plead guilty as set forth in this agreement.

Date: 12/22/05

*Dani Jahn*
Dani Jahn
Counsel for Ms. Swinford