UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No.: 06-11 |
| ELIZABETH L. SWINFORD, | : |
| Defendant. | : |

**FILED**
FEB 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Statement of the Offense

Pursuant to Fed. R. Crim. P. 11(c)(1)(B), the United States, by and through its undersigned counsel, and the defendant, advised by undersigned counsel, stipulate and agree as follows.

Elizabeth L. Swinford was employed as the office manager by the dental office of Phillips, Cooper and Associates (hereinafter "PCA"), located on K Street, N.W., Washington, D.C. for approximately fifteen years prior to her termination in June 2001. As the office manager, Swinford was responsible for managing PCA's office finance and accounting records.

In approximately January 2000, Ms. Swinford, acting with another, knowingly and intentionally devised and initiated a fraud scheme to divert claims payments intended for PCA. The scheme entailed the fraudulent billing of private health care insurance carriers, such as Unicare, for services that were never rendered, as well as the fraudulent upcoding of certain dental procedures to generate higher claims settlements. The scheme also entailed soliciting and receiving cash payments from patients who did not have insurance coverage. Because she managed both the outgoing claims process and the posting of incoming funds to PCA, Ms. Swinford was able to execute the fraud scheme by misallocating insurance payments, keeping

cash payments, and writing off account shortages. Ms. Swinford and the other person agreed to split the proceeds generated by the fraud scheme.

In June 2001, approximately eighteen months after the initiation of the fraud, Ms. Swinford's employment with PCA was terminated for cause as a result of an internal investigation into the suspected diversion of funds. As a result of the fraud scheme, PCA lost approximately $35,000.

Date: 2/16/06

Elizabeth L. Swinford

Date: 2/16/06

Dani Jahn
Counsel for Ms. Swinford

Date: 2/16/06

Thomas E. Zeno
Assistant United States Attorney