UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 06-0011 |
| | ) | |
| | ) | |
| ELIZABETH SWINFORD | ) | |

**FILED**
FEB 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, **ELIZABTH SWINFORD**, the above-name defendant, who is accused of

False Statements Regarding Health Care, 18 USC 1035
and
First Degree Fraud, 22 DCC 3821(a), 3822(a)(1) (2001 ed.)

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **February 16, 2006** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: Feb. 16, 2006
Judge John D. Bates