IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Cr. No. 06-011 (JDB) |
| v. | : | |
| | : | |
| **ELIZABETH SWINFORD,** | : | |
| | : | |
| **Defendant.** | : | |

GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in aid of sentencing.

The government does not oppose a sentence of probation in this case.  Ms. Swinford defrauded the dental practice where she worked as the office manager by submitting false claims to insurance companies and entering false information into the office computer.  Ms. Swinford obtained more than $35,000 from the scheme and divided the proceeds with another person who assisted in the crime.  Although she did not respond to requests to repay the money made by the insurance company for the dental practice, Ms. Swinford was cooperative when contacted by FBI agents.  She promptly acknowledged her responsibility for the crime and pleaded guilty before

the Court. The government is not aware of any information that would preclude a sentence of probation.

                                                Respectfully submitted,

                                                KENNETH L. WAINSTEIN
                                                UNITED STATES ATTORNEY
                                                D.C. Bar # 451058

By:   _____
       Thomas E. Zeno
       Assistant United States Attorney
       D.C. Bar # 348623
       Fraud and Public Corruption Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 514-6957

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Sentencing Memorandum was served via electronic filing on this 28rd day of April 2006 to:

                Dani Jahn, Esquire
      Assistant Federal Public Defender
                   Suite 550
         625 Indiana Avenue, N.W.
           Washington, D.C. 20004

                                                _____
                                                THOMAS E. ZENO
                                                  Assistant United States Attorney