**SWINFORD, ELIZABETH**                                         Page 22

THE HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| UNITED STATES OF AMERICA | : | Docket No.: 06-011-01 |
|---|---|---|
| vs. | : | |
| Elizabeth Swinford | : | Disclosure Date: March 28, 2006 |

MAY 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIPT AND ACKNOWLEDGMENT OF**
**PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Thomas E. Zeno_                                    _April 9, 2006_
Assistant US Attorney                                Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                          _____
**Defendant      Date**                              **Defense Counsel      Date**

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Tuesday, April 11, 2006**, to US Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr.
Chief United States Probation Officer

Elizabeth Swinford

Government comments

Paragraphs 9, 10, 55

The other individual involved in the offense paid $26,000 to CNA.

Paragraph 43

Under the DC Guidelines, Count Two (Fraud) is in offense severity Group 9.

Paragraph 44

Under the 2000 Guidelines, two levels should be added for more than minimal planning pursuant to § 2F1.1(b)(2)(A). The adjusted offense level would then be 10, with a guideline range of 6-12 months in Zone B. A sentence of probation would require a period of community confinement or home detention.

*Thomas E Zeno*

*April 7, 2006*