SWINFORD, ELIZABETH                                                      Page 22

THE HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA          :   Docket No.: 06-011-01

**MAY 0 2 2006**

vs.                               :

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Elizabeth Swinford          Disclosure Date: March 28, 2006

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Assistant US Attorney                     Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_ 4/3/06                      _[signature]_ 4/3/06
Defendant    Date                         Defense Counsel    Date

#### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Tuesday, April 11, 2006**, to US Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

#### FOR THE COURT

By: Richard A. Houck, Jr.
Chief United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

April 9, 2006

Kathie McGill
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

                           Re:     **United States v. Elizabeth Swinford**
                                        **Criminal No.: 06-011 (JDB)**

Dear Ms. McGill:

       Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated March 28, 2006.

**Objections and Comments**

       1.      Ms. Swinford requests that Paragraph 9 on Page 4 of the Presentence Report reflect that CNA received $26,000 from the unindicted co-conspirator. Therefore, the remaining loss to CNA is $9,575.10. Ms. Swinford requests that Paragraph 10 on Page 4 of the Presentence Report also reflect this as well. Further, Ms. Swinford requests that her last name be correctly stated as Swinford, not Swinson.

       2.      Ms. Swinford requests that Paragraph 18 on Page 2 of the Presentence Report be modified to reflect that her mother's maiden name is Ohler, not Hohler.

       3.      Ms. Swinford requests that Paragraph 19 on Page 6 of the Presentence Report be modified to reflect that Lisa's last name is Houge, and she is married to Joel Hogue (not Allen).

       4.      Ms. Swinford requests that Paragraph 24 on page 7 of the Presentence Report be modified to reflect that she was not referred by her general practitioner Dr. Patel, rather she was referred by Dr. Marshall Strome who is the Head of the Department of Head and Neck at the Cleveland Clinic. Further, Ms. Swinford requests that her last name be correctly stated as

Swinford, not Swinson.

  5. Ms. Swinford requests that Paragraph 25 on Page 8 of the Presentence Report be modified to reflect that her mother and father had adult-onset diabetes and her paternal grandmother had juvenile-onset diabetes. Further, Ms. Swinford requests that her last name be correctly stated as Swinford, not Swinson.

  6. Ms. Swinford requests that the financial information identified on Page 10 of the Presentence Report be modified to reflect that she has completed the various forms as required by Probation and submitted them in full to the Probation Officer in this case. In light of this request, Ms. Swinford requests that Paragraph 37 on Page 11 of the Presentence Report be modified to reflect this as well.

  7. Ms. Swinford requests that Paragraph 40 on Page 11 of the Presentence Report be modified to reflect that Ms. Swinford provided a copy of her Equifax Report as she agreed to in the presentence interview and it has been received by the Probation Officer in this case.

  8. Ms. Swinford requests that Paragraph 41 on Page 11 of the Presentence Report be modified to reflect that Ms. Swinford has provided the various financial forms as required by the Probation Office. As a result, this officer's assessment about a fine in this case may have changed in light of the information provided.

  9. Ms. Swinford requests that Paragraphs 43 and 44 on Page 12 of the Presentence Report be modified to reflect that Count 2 - Fraud in the First Degree - is in offense severity Group 9 (not Group 8). Therefore, the guideline range for a Group 9 offense and a Criminal History Score A is 1 to 12 months for Count 2 (not 6 to 24 months). Further, given this guideline calculation the Court may impose probation.

  10. Ms. Swinford requests that Paragraph 55 on Page 14 of the Presentence Report be modified to reflect that the restitution amount is $9,575.10 in light of the fact that CNA received a payment of $26,000.00 from the unindicted co-conspirator in this case.

  Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

                Very truly yours,

                *Dani Jahn*

                Dani Jahn
                Assistant Federal Public Defender

cc: Tom Zeno
   Assistant U.S. Attorney
   555 4th Street, N.W.
   Washington, D.C. 20530