# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ELIZABETH SWINFORD

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 06-11

Dani Jahn
Defendant's Attorney

**FILED**

MAY 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT:**

Pled guilty to Count 2 of the Information filed on 02/16/06. Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title and Section | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 22 DCC 3821(a)(1), 3822(a)(1) (2001 ed.), which are currently 3221(a), 3222(a)(1) (2005 ed.) | First Degree Fraud | 06/30/01 | 2 |

As pronounced on 05/02/06, the defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 1 is dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this the _3rd_ day of _May_, 2006.

_____
The Honorable John D. Bates

Defendant's Soc. Sec. No.: XXX-XX-6541
Defendant's Date of Birth: XX-XX-60
Defendant's USM No.: 28540-016
Defendant's Residence and Mailing Address:



Defendant: ELIZABETH SWINFORD
Case Number: 06-11

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE (1) MONTH ON COUNT TWO (2) FOLLOWED BY THREE (3) YEARS OF SUPERVISED RELEASE ON COUNT TWO (2). THE EXECUTION OF SENTENCE IS SUSPENDED AND DEFENDANT IS HEREBY PLACED ON PROBATION.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
    Deputy Marshal

Defendant: ELIZABETH SWINFORD
Case Number: 06-11

## PROBATION

The Defendant is hereby placed on probation for a term of THREE (3) YEARS ON COUNT TWO (2).

While on probation, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervision that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervision.

## STANDARD CONDITIONS OF PROBATION

1. You will not leave the judicial district without permission of the Court or probation officer.
2. You will report to the probation officer and submit a truthful and complete written report within the first five days of each month.
3. You will answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. You will support your dependents and meet other family responsibilities, to include complying with any court order or order of administrative process requiring the payment of child support.
5. You will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. You will notify the probation officer at least ten days prior to any change of residence or employment.
7. You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to such substances, except as prescribed by a physician.
8. You will not associate with any persons engaged in criminal activity, and will not associate with any person convicted of a crime unless granted permission to do so by the probation officer.
9. You will permit a probation officer to visit at any time at your home, employment or elsewhere and will permit confiscation of any contraband observed in plain view by the probation officer.
10. You will notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.
11. You will not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
12. As directed by the probation officer, you will notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm your compliance with such notification requirements.
13. You will not possess a firearm, destructive device, or other dangerous weapon.

## ADDITIONAL CONDITIONS:

1. The defendant shall notify the Clerk of Court for the U.S. District Court within thirty (30) days of any change of address until such time as the financial obligation is paid in full.

2. The defendant shall pay the balance of any restitution owed at a rate of no less than $150 each month and provide verification of same to the probation office.

3. The defendant shall perform 100 hours of community service, as directed by the Probation Office.

4. The defendant shall be restricted from engaging in employment, consulting, or association in any position affording the defendant unmonitored control over money or negotiables for the duration of her supervision.

5. The defendant shall provide the Probation Office with her income tax returns, authorization for release of credit information, an any other business or financial information in which she has a control or interest.

6. Pursuant to 42 USC 14135a, for all felony offenses, the defendant shall submit to the collection and use of DNA identification information, at the direction fo the US Probation Office.

7. Drug testing condition is suspended, based on court's determination that the defendant poses a low risk of future substance abuse.

The Probation Office shall release the presentence investigation report to all appropriate agencies, including treatment agencies, in order to execute the sentence of this Court. The treatment agencies shall return the presentence report to the Probation Office upon completion of defendant's term of supervised release.

Defendant: ELIZABETH SWINFORD
Case Number: 06-11

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties; payments shall be applied in the following order: (1) assessment; (2) restitution.

| ASSESSMENT | RESTITUTION | FINE |
|---|---|---|
| $100.00 | $9,575.10 | $0.00 |

### ASSESSMENT

It is ordered that the defendant shall pay to the United States a special assessment of $100 for Count 2, which shall be due immediately.

If the fine and/or restitution is not paid, the Court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614. Pursuant to 18 U.S.C. §§ 3572(d)(3) and 3664(k), the defendant shall notify the Court and the Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution. As set out in 18 U.S.C. § 3664(n), if the defendant receives substantial resources from any source, including inheritance, settlement, or other judgment, during the period of incarceration, the defendant shall apply the value of such resources to any restitution or fine still owed.

The special assessment payment is to be made to the Criminal Finance Office, DC Superior Court, 500 Indiana Avenue, NW, Room 4203, Washington, D.C. 20001, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

### RESTITUTION

The defendant must make restitution to the following payee in the amount listed above.

CNA CENTER
Attn: Renee Jones
Chicago, IL 60685

The interest requirement on the restitution amount is waived.